ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
DCX-CHOL Enterprises, Inc.                     )    ASBCA No. 58742
                                               )
Under Contract No. N00104-05-C-FA80            )

APPEARANCES FOR THE APPELLANT:        Mark R. Thomas, Esq.
                                        Reid Law PC
                                        Denver, CO

                                      Patrick B. Kernan, Esq.
                                        Whitcomb Selinsky PC
                                        Denver, CO

APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Thomas Workman, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: November 14, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58742, Appeal of DCX-CHOL Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: November 14, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals